UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re the Petition of<br><br>Pontiaki Special Maritime Enterprise<br><br>For discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | ECF CASE<br><br>Civil Action No. _____<br><br>IN ADMIRALTY<br><br>MOTION FOR ADMISSION PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, J. Stephen Simms, hereby move this Court for an Order for admission Pro Hac Vice to appear as counsel for Petitioner Pontiaki Special Maritime Enterprise in the above-captioned action.

I am in good standing of the bar of the state of Maryland. My current good standing certificate is herewith. There are no disciplinary proceedings against me in any state or federal court.

Dated:  April 7, 2016.

/s/ *J. Stephen Simms*
J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone:     410-783-5795
Facsimile:      410-783-5795
jssimms@simmsshowers.com

Attorneys for Petitioner