```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re the Petition of | ECF CASE |
| Pontiaki Special Maritime Enterprise | Civil Action No. 16-cv-2606 |
| For Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | IN ADMIRALTY |
| | PROPOSED ORDER RE PETITION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782 |

Upon consideration of Petitioner Pontiaki Special Maritime Enterprise's Petition for an Order for Discovery Pursuant to 28 U.S.C. § 1782, (Doc. 1), the Court hereby GRANTS the Petition.

Accordingly, IT IS HEREBY ORDERED that J. Stephen Simms and any other attorney affiliated with the firm of Simms Showers LLP and admitted to the U.S. District Court for the Southern District of New York shall be appointed as examiner to take the deposition, to obtain the requested documents, and to issue the subpoena to obtain the requested discovery in a manner consisted with the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED THAT subpoenas shall be issued to United Bank for Africa PLC and Deutsche Bank Trust Company Americas forthwith and served with a copy of this order.

SO ORDERED.

Dated: ~~April , 2016~~
May 4, 2016

_____
United States District/~~Magistrate~~ Judge